

| | |
|---|---|
| CENTER FOR DISABILITY ACCESS<br>Chris Carson, Esq., SBN 280048<br>Raymond Ballister Jr., Esq., SBN 111282<br>Phyl Grace, Esq., SBN 171771<br>Dennis Price, Esq., SBN 279082<br>Mail: PO Box 262490<br>San Diego, CA 92196-2490<br>Delivery: 9845 Erma Rd., St. 300<br>San Diego, CA 92131<br>858) 375-7385; (888) 422-5191 fax<br>phylg@potterhandy.com<br>Attorneys for Plaintiff | HENRY L. SANCHEZ (SBN 175678)<br>henry.sanchez@jacksonlewis.com<br>KRISTINA L. SIDRAK (SBN 318360)<br>kristina.sidrak@jacksonlewis.com<br>JACKSON LEWIS P.C.<br>725 South Figueroa Street, Suite 2500<br>Los Angeles, California 90017-5408<br>Telephone: (213) 689-____<br>Facsimile: (213) 689<br>Attorneys for Defendant<br>Furst Enterprises Group |

MANDATORY CHAMBERS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>　　Plaintiff,<br>v.<br><br>FURST ENTERPRISES GROUP A LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　Defendants. | Case No.: 2:18-CV-04674-PSG-SS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii) ; ORDER** |

　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 5, 2019　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　By: /s/ Chris Carson
　　　　　　　　　　　　　　　　Chris Carson
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: March 5, 2019　　　　JACKSON LEWIS P.C.

　　　　　　　　　　　　　　By: /s/ Kristina L. Sidrak
　　　　　　　　　　　　　　　　Kristina L. Sidrak
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　Furst Enterprises Group A LLC

E-FILED
MAR - 7 2019
Document # ____
JS-6

IT IS SO ORDERED.
DATED: 3/7/19
_____
UNITED STATES DISTRICT JUDGE

Joint Stipulation　　-1-　　　　　　　　　　　　　　2:18-CV-04674-PSG-SS